**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-1274**

———————

EDWARD J. BRYANT,

Plaintiff - Appellant,

versus

F. WHITTEN PETERS, Secretary of the Air Force,
Charleston Air Force Base, South Carolina,

Defendant - Appellee.

———————

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  Solomon Blatt, Jr., Senior District
Judge.  (CA-00-1557-2-8AJ)

———————

Submitted:  July 1, 2002          Decided:  July 12, 2002

———————

Before WIDENER and NIEMEYER, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Edward J. Bryant, Appellant Pro Se.  Joseph Parkwood Griffith, Jr.,
OFFICE OF THE UNITED STATES ATTORNEY, Charleston, South Carolina,
for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Edward J. Bryant appeals the district court's orders dismissing his breach of contract and employment discrimination claims. We have reviewed the record and the district court's opinion accepting the recommendations of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See <u>Bryant v. Peters</u>, No. CA-00-1557-2-8AJ (D.S.C. Apr. 17, 2001 & Feb. 6, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2